IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHITNAPHA SOMBOONMEE,**

v.                                                           Case No.: 3:10cv167/MCR/EMT

**ERIC HOLDER, UNITED STATES
ATTORNEY GENERAL, et al.,**
_____/

### ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 18, 2011 (Doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Government's motion to dismiss (doc. 15) is **GRANTED**, and this case is dismissed and the clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of August, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**